UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID W. HARRIS,
    Plaintiff,

    v.                    Case No. 12-CV-481

BRETT HUSTON, KEITH DODD,
MONTRELL CARTER, ANDREW BELL,
ERIC DONALDSON, CITY OF MILWAUKEE,
and CITY OF GREENFIELD,
    Defendants,

## DECISION AND ORDER

On January 30, 2013, I dismissed this case for failure to state a claim upon which relief can be granted. On February 11, 2013, plaintiff filed a motion to extend the time to file a motion under Federal Rule of Civil Procedure 59(e). On February 14, 2013, I denied that motion on the ground that, pursuant to Federal Rule of Civil Procedure 6(b)(2), I cannot extend the time to file a Rule 59(e) motion. On February 25, 2013, plaintiff filed a motion to stay this case. However, because I have dismissed this case and entered final judgment, there is nothing left to "stay." At this point, the plaintiff could file no substantive motions in the district court other than the motions identified in Rule 6(b)(2), and again, I have no power to extend the time to file those motions. Therefore, **IT IS ORDERED** that plaintiff's motion to stay is **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2013.

                                                    s/ Lynn Adelman

                                                    LYNN ADELMAN
                                                    District Judge